# Exhibit "A"

**From:** Mike Brennan [MBrennan@privatesalemortgage.com]
**Sent:** Wednesday, June 11, 2008 6:25 PM
**To:** Elliot Salzman
**Subject:** FW: Lion's loans

I am still looking



**Michael Brennan**
**Chief Executive Officer**
**Private Sale Mortgage**
65 Jackson Drive
Cranford, NJ. 07016
Direct(908)497-3505
Fax(908)276-2796
mbrennan@privatesalemortgage.com
www.privatesalemortgage.com

---

**From:** Huang, Jonathan [mailto:jonathan.huang@thewintergrp.com]
**Sent:** Friday, May 04, 2007 3:25 PM
**To:** Lott, John; mbrennan@lmbonline.com; jbentivegna
**Subject:** Lion's loans

Here is what I was able to find from the SLS site for the Lion's loans.  I could not find anything for the duvenger/siguencia in SLS.  I believe that Lion is servicing the Duvenger loan, which Mike said is current and LMB has the deed in lieu to Siguencia.

Please let me know if you need anything else.

| loan num | name | next due | balance |
|---|---|---|---|
| 122386621 | Duvenger | | |
| 150007154 | Braatz | 10/1/2005 | $ 303,820.52 |
| 150006604 | Smith | 11/1/2005 | $ 263,359.39 |
| 150008406 | Wilson | 11/1/2005 | $ 240,000.00 |
| 150005177 | Siguencia | | |
| 150014281 | Sumpter | 5/1/2007 | $ 110,250.00 |
| 150005178 | Siguencia | | |
| 150007155 | Braatz | 10/1/2005 | $ 75,981.09 |
| 150011703 | Nirichi | 2/1/2006 | $ 144,000.00 |

**Jonathan Huang**
Collateral Analyst

**The Winter Group**

45 Rockefeller Plaza, Suite 420
New York, New York 10111
(212) 218-5822

NOTICE: This message is intended only for the personal and confidential use of the designated recipient(s). If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you receive this message in error, please delete it and all copies from your system, destroy any hard copies and notify the sender.

Past performance is not indicative of future returns.  Securities recommended, offered, or sold are subject to investment risks.  Any information given in this message is subject to change and does not constitute an offer to deal at any price quoted.  Any reference to the terms of future transactions should be treated as preliminary only and subject to our formal written confirmation.  The information contained herein is not warranted as to completeness or accuracy, nor does it serve as an official record of your account. Your official trade confirmation or other signed agreements or documents are the official records of your account or a specific transaction.

# Exhibit "B"



Elliot Salzman <elliot.salzman@gmail.com>

# Fw: accountDetail 1 .xls

**Arthur Field <arthur-field@charter.net>**                                    **Fri, Nov 7, 2008 at 5:15 PM**
To: elliot.salzman@gmail.com

----- Original Message -----
**From:** Salzman, Elliot
**To:** Arthur Field
**Sent:** Thursday, August 23, 2007 2:19 PM
**Subject:** accountDetail 1 .xls

Braatz was sold on 8/14/07 for $199,900.  See attached detail.  Please request
the remaing funds to be sent to you.

|  | Loan Summary **PAID IN FULL** |  | 🖨 Print |
|---|---|---|---|
| SLS Account: | 1001857004 | Primary Borrower: | ROBERT L BRAATZ JR |
| Investor Account: | 150007154 | Secondary Borrower: |  |
| Investor Code: | 00803 | Original Fico Score: |  |
| Investor Block: | 00001 | Updated Fico Score: | (7/23/2007) 615 |
| *Property Address* |  | *Mailing Address* |  |
| 3357 COLUMBINE STREET |  | 63 LAKE VIEW LANE |  |
| DENVER, CO 80205 |  | WOODLAND PARK, CO 80863 |  |

📄 **accountDetail 1 .xls**
   10K

# Exhibit "C"

| Account Number | Comment Added | Comments | Type |
|---|---|---|---|
| 1001857004 | 8/20/2007 0:00 | 289.00 REVERSED-MISAPPLIED | NT |
| 1001857004 | 8/14/2007 0:00 | 011 received wire for 185408.63from First bank of | CIT |
| 1001857004 | 8/14/2007 0:00 | Westland, please advice on posting | CIT |
| 1001857004 | 8/14/2007 0:00 | instructions. thank you | CIT |
| 1001857004 | 8/14/2007 0:00 | 012 Please post $184,858.63 to liquidate, $250 to | CIT |
| 1001857004 | 8/14/2007 0:00 | other E bucket for final invoice, remaining | CIT |
| 1001857004 | 8/14/2007 0:00 | $300 to E bucket for trailing invoices. | CIT |
| 1001857004 | 8/14/2007 0:00 | 011 DONE 08/14/07 BY TLR 13065 | CIT |
| 1001857004 | 8/14/2007 0:00 | TSK TYP 891-FUNDS RECD - AD | CIT |
| 1001857004 | 8/14/2007 0:00 | 011 Will hold $250 for estimate of final | CIT |
| 1001857004 | 8/14/2007 0:00 | 012 DONE 08/14/07 BY TLR 19029 | CIT |
| 1001857004 | 8/14/2007 0:00 | TSK TYP 216-LIQUIDATION POS | CIT |
| 1001857004 | 8/14/2007 0:00 | 012 posted as requested. | CIT |
| 1001857004 | 8/14/2007 0:00 | PRPRTY SOLD / REO INS CNCLD | NT |
| 1001857004 | 8/10/2007 0:00 | DELINQUENT: 180+ DAYS | CBR |
| 1001857004 | 7/16/2007 0:00 | added stop code 2=5 due to corporate advance | NT |
| 1001857004 | 7/16/2007 0:00 | balance over $5000. | NT |
| 1001857004 | 7/12/2007 0:00 | Investor approval of REO Sale Offer received via | NT |
| 1001857004 | 7/12/2007 0:00 | email. Exectued ARS sent to IAS via fax. Sales | NT |
| 1001857004 | 7/12/2007 0:00 | price = 199900 Est COE = 7/13/07 Buyer: Habib | NT |
| 1001857004 | 7/10/2007 0:00 | DELINQUENT: 180+ DAYS | CBR |

# Exhibit "D"

**From:**
**Sent:** Monday, November 10, 2008 7:48 PM
**To:** elliot.salzman@calvaryassetmanagement.com
**Subject:** FW: Lion's Financial

**From:** Salzman, Elliot
**Sent:** Friday, August 24, 2007 9:23 AM
**To:** 'John.roden@sls.net'; 'Toby.wells@sls.net'
**Cc:** 'Arthur Field'
**Subject:** Lion's Financial


Toby/John,


        As you know Lancaster Mortgage Bankers ceased their operations on
June 1, 2007.  There were a few loans that were left on our warehouse
line with Lion's Financial that SLS is servicing and I wanted to bring
this to your attention and make sure no funds get released to LMB that
are do Lion's Financial.  If you need anything from LMB for your
records please forward that request to me and I will make sure it gets
to the appropriate parties.


Braatz       1001857004   Property sold on 8/14/07 $199,900

Braatz       1000941005


Smith        1001856982   Foreclosure finished, I should be getting a
contract on this property – please hold off any marketing


Wilson    1002022375   Foreclosure finished, I should be getting a
contract on this property – please hold off any marketing


Sumpter      1001685629   Current, all payments should be forwarded to
             Lion Financial – He would like you to continue servicing
             the loan if you can't please deboard the loan and transfer
             the servicing to his firm.

```
Nirichi      1001403416   Property was sold at auction on 4/27/07 - for
$650,000 since this was as second lien do we know if there was an funds
left over?
```

```
If you have any questions please feel to either call or e-mail me or
you can direct your questions to Arthur, he can be reached at 864-286-
0532.  I have also copied him on this e-mail.
```

```
Thanks,
```

Elliot S. Salzman

VP Sales and Operations

Cutting "EDGE" Technology



45 Rockefeller Plaza, Suite 420

New York, N.Y. 10111

212 218 - 5877

212 218 - 5778 fax
elliot.salzman@thewintergrp.com

# Exhibit "E"

 **BETA**

Elliot Salzman <elliot.salzman@gmail.com>

---

# Fw: Lion's Financial

---

**Arthur Field <arthur-field@charter.net>**                    Fri, Nov 7, 2008 at 5:15 PM
To: elliot.salzman@gmail.com

----- Original Message -----
From: Salzman, Elliot
To: Arthur Field
Sent: Friday, August 24, 2007 8:41 AM
Subject: FW: Lion's Financial

Proof of receipt

Elliot S. Salzman

VP Sales and Operations

Cutting "EDGE" Technology


C:\dell\logo_150px.gif



45 Rockefeller Plaza, Suite 420

New York, N.Y. 10111

212 218 - 5877

212 218 - 5778 fax
elliot.salzman@thewintergrp.com

---

**From:** Toby Wells [mailto:Toby.Wells@SLS.net]
**Sent:** Friday, August 24, 2007 9:36 AM
**To:** Salzman, Elliot
**Subject:** Read: Lion's Financial

Your message

    To:    Toby.Wells@SLS.net

    Subject:

was read on 8/24/2007 9:36 AM.

---

# Exhibit "F"

 BETA

Elliot Salzman <elliot.salzman@gmail.com>

# Re: Loans 1001856982 and 1002022375

**Investor REO <Investor.REO@sls.net>**                                    **Wed, Sep 5, 2007 at 3:49 PM**
To: "Salzman, Elliot" <Elliot.Salzman@thewintergrp.com>, Investor REO <Investor.REO@sls.net>
Cc: Investor Relations <InvestorRelations@sls.net>, arthur-field@charter.net, elliot.salzman@gmail.com

You should continue to direct your questions on these properties to
Investor Relations especially if you have questions regarding the
liquidation of the property on 8/14.

I'll be happy to address any question you have on the REO properties.

Best Regards,

Danielle Bedore
REO Associate, Timeline Management
Specialized Loan Servicing
8742 Lucent Blvd Ste 500
Highlands Ranch, CO 80129
Phone: 303-895-2408
Fax: 720-241-7520
Danielle.Bedore@sls.net

Notice of Confidentiality

The information contained in this electronic mail [fax] transmission
(including any attachments) is intended solely for its designated
recipient(s) and is confidential. If you are not a designated recipient,
you have received this communication in error and are hereby notified
that you are strictly prohibited from reading, copying, distributing, or
otherwise disclosing any of the information contained herein. Please
contact the sender immediately by telephone at 303-895-2408, or by
e-mail at Danielle.Bedore@sls.net  and permanently discard the original
and any copies of this message (including any attachments), without
reading or saving in any manner.

-----Original Message-----
From: Salzman, Elliot [mailto:Elliot.Salzman@thewintergrp.com]
Sent: Wednesday, September 05, 2007 1:30 PM
To: Investor REO
Cc: Investor Relations; arthur-field@charter.net;
elliot.salzman@gmail.com
Subject: Re: Loans 1001856982 and 1002022375

No we don't have any solid contracts as of yet.  Please continue your
marketing plans.  Also in that e-mail there were other properties that
had already sold, one on 8/14/07.  Should I direct all questions and
concerns towards you?

----- Original Message -----
From: Danielle Bedore <Danielle.Bedore@SLS.net>
To: Salzman, Elliot

Cc: Investor Relations <InvestorRelations@SLS.net>
Sent: Wed Sep 05 15:27:17 2007
Subject: Loans 1001856982 and 1002022375

Hi Elliot,


Murphy's Law is in effect.  Right after I sent a message to you on
these, I read a message from Andy Beggins with an email you sent to
Toby.  In it you state you have two pending contracts on these
particular loans and want the marketing placed on hold.


If you do have contracts that is great; I'll make sure we don't get
updated market plans on these.


Best Regards,


Danielle Bedore

REO Associate, Timeline Management

Specialized Loan Servicing

8742 Lucent Blvd Ste 500

Highlands Ranch, CO 80129

Phone: 303-895-2408

Fax: 720-241-7520

Danielle.Bedore@sls.net


Notice of Confidentiality


The information contained in this electronic mail [fax] transmission
(including any attachments) is intended solely for its designated
recipient(s) and is confidential. If you are not a designated recipient,
you have received this communication in error and are hereby notified
that you are strictly prohibited from reading, copying, distributing, or
otherwise disclosing any of the information contained herein. Please
contact the sender immediately by telephone at 303-895-2408, or by
e-mail at Danielle.Bedore@sls.net  and permanently discard the original
and any copies of this message (including any attachments), without
reading or saving in any manner.

# Exhibit "G"



Elliot Salzman <elliot.salzman@gmail.com>

# Fw: 1001857004 - ROBERT L BRAATZ JR

**Arthur Field <arthur-field@charter.net>**                                              Fri, Nov 7, 2008 at 5:06 PM
To: elliot.salzman@gmail.com

----- Original Message -----
**From:** Elliot Salzman
**To:** Investor.REO@sls.net ; InvestorRelations@sls.net
**Cc:** Arthur Field
**Sent:** Friday, September 07, 2007 7:11 AM
**Subject:** 1001857004 - ROBERT L BRAATZ JR

Dear Investor Relations:

I am inquiring into a foreclosure sale that was concluded on the above referenced property for which SLS received the proceeds via a wire on 8/15/07 in the amount of $185,408.63.  This loan was warehoused by Lion Financial and as such the proceeds need to be transmitted to them.  I had forwarded an e-mail at the end of August inquiring about these property and have no received any return commucications.

Please advise when Lion Financial will be receiving the proceeds in order to paydown the outstanding pricipal due them.

I am copying Arthur Field the individual who runs that warehouse facility to keep him in the loop.  If there is any documentation that is needed from him or I please feel free to contact either one of us via e-mail or telephone.  I can be reached at 201-394-3500 and he can reched at 864-286-0532.

Thanks,

Elliot Salzman

# Exhibit "H"



Elliot Salzman <elliot.salzman@gmail.com>

## Your SLS Investor Relations Inquiry

**Investor Relations <InvestorRelations@sls.net>**                          **Fri, Sep 7, 2007 at 7:11 AM**
To: Elliot Salzman <elliot.salzman@gmail.com>

Thank you for your inquiry. Your request has been received and is currently under review. A response will be sent to you as quickly as possible. In the interim, please contact Andy Beggins (720) 241-7362 or andy.beggins@sls.net should you have any questions.

# Exhibit "I"



Elliot Salzman <elliot.salzman@gmail.com>

---

# 1001857004 - ROBERT L BRAATZ JR

---

**Elliot Salzman <elliot.salzman@gmail.com>**                    Fri, Sep 7, 2007 at 7:13 AM
To: john.beggins@sls.net
Cc: Arthur Field <arthur-field@charter.net>

John,

Can you please help get me in contact with someone form Investor Relations?  I need to get this situation
plus one other wrapped up as soon as possible.

I am getting a lot of pressure from this particular warehouse provider.  Any help would be greatly appreciated.

Thanks,

Elliot

---------- Forwarded message ----------
From: **Elliot Salzman** <elliot.salzman@gmail.com>
Date: Sep 7, 2007 8:11 AM
Subject: 1001857004 - ROBERT L BRAATZ JR
To: Investor.REO@sls.net, InvestorRelations@sls.net
Cc: Arthur Field < arthur-field@charter.net>

Dear Investor Relations:

I am inquiring into a foreclosure sale that was concluded on the above referenced property for which SLS
received the proceeds via a wire on 8/15/07 in the amount of $185,408.63.  This loan was warehoused by
Lion Financial and as such the proceeds need to be transmitted to them.  I had forwarded an e-mail at the
end of August inquiring about these property and have no received any return commucications.

Please advise when Lion Financial will be receiving the proceeds in order to paydown the outstanding pricipal
due them.

I am copying Arthur Field the individual who runs that warehouse facility to keep him in the loop.  If there is
any documentation that is needed from him or I please feel free to contact either one of us via e-mail or
telephone.  I can be reached at 201-394-3500 and he can reched at 864-286-0532.

Thanks,

Elliot Salzman

---